1  Harvey Sohnen (SBN 62850) netlaw@pacbell.net
   Patricia M. Kelly (SBN 99837) patriciakelly@pacbell.net
2  Law Offices of Sohnen & Kelly
   2 Theatre Square, Suite 230
3  Orinda, CA 94563
   Tel:  (925) 258-9300
4  Fax: (925) 258-9315

5  Attorneys for Plaintiffs
   JOAN WILKENING, TARA MISSEL, and
6  CHRISTOPHER HUGHES, individually,
   and on behalf of all others similarly situated
7
   Additional Counsel listed after Signature Line
8

9                  **UNITED STATES DISTRICT COURT**

10                  **EASTERN DISTRICT OF CALIFORNIA**

11

12 | **JOAN WILKENING, TARA MISSEL, and**            | **Case No.  2:11-CV-01802-JAM-DAD** |
   | **CHRISTOPHER HUGHES, individually,**           |                                     |
   | **and on behalf of all others similarly situated,** |                                 |
13 |                                                 | **STIPULATION TO MODIFY BRIEFING**  |
   | **Plaintiffs**                                  | **SCHEDULE ON MOTION FOR CLASS**    |
14 |                                                 | **CERTIFICATION; ORDER**            |
   | v.                                              |                                     |
15 |                                                 |                                     |
   | **GAGS AND GAMES, INC. doing business**         |                                     |
16 | **as HALLOWEEN CITY, a Michigan**               |                                     |
   | **corporation,**                                |                                     |
17 |                                                 |                                     |
   |         **Defendant.**                          |                                     |
18 | _____/      |                                     |

19
                          **STIPULATION**
20
       Whereas, the Parties have engaged in two days of mediation with Judge Ronald Sabraw
21 (Ret.) as mediator;

22     Whereas the Parties are continuing to engage in settlement discussions;

23     Whereas the Court has ordered that Plaintiffs' Motion for Class Certification be filed on or
24 before June 13, 2012 and noticed for hearing on July 11, 2012 at 9:30 a.m.;

                                           1
   Stipulation and Order Modifying Briefing Schedule        Case No. 2:11-CV-01802-JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com

Whereas the Parties request that the schedule for Plaintiffs' Motion for Class Certification be continued to allow further settlement discussions;

Accordingly, the Parties agree as follows:

The schedule for the filing of Plaintiffs' Motion for Class Certification is extended by sixty days so that the Motion now shall be filed on or before August 15, 2012.

IT IS SO STIPULATED

DATED: May 29, 2012          LAW OFFICES OF SOHNEN & KELLY
                             LAW OFFICE OF MARY-ALICE COLEMAN


                             By:    __/S/_____
                                    Harvey Sohnen
                                    Attorneys for Plaintiffs
                                    JOAN WILKENING, TARA MISSEL,
                                    and CHRISTOPHER HUGHES,
                                    individually, and on behalf of all others
                                    similarly situated

DATED: May 29, 2012          FOX ROTHSCHILD LLP


                             By:    __/S/_____
                                    Tyreen Torner
                                    Attorneys for Defendant
                                    GAGS AND GAMES, INC.

**Additional Counsel for Plaintiffs:**
**LAW OFFICE OF MARY-ALICE COLEMAN**
MARY-ALICE COLEMAN, SBN 98365
MICHAEL S. AHMAD, SBN 231228
1109 Kennedy Place, Suite #2
Davis, CA 95616
Telephone:  (916) 498-9131
Facsimile:  (916) 304-0880

2
Stipulation and Order Modifying Briefing Schedule          Case No. 2:11-CV-01802-JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com

# **ORDER**

Good cause appearing, the Court ORDERS that Plaintiffs' Motion for Class Certification shall be filed on or before August 15, 2012.

The Court further ORDERS that the July 11, 2012, hearing date on Plaintiffs' Motion for Class Certification is vacated and the new hearing date for said Motion is September 19, 2012 at 9:30 a.m.

DATED:  5/30/2012

/s/ John A. Mendez_____
John A. Mendez
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com