Harvey Sohnen (SBN 62850) netlaw@pacbell.net
Patricia M. Kelly (SBN 99837) patriciakelly@pacbell.net
Law Offices of Sohnen & Kelly
2 Theatre Square, Suite 230
Orinda, CA 94563
Tel: (925) 258-9300
Fax: (925) 258-9315

Attorneys for Plaintiffs
JOAN WILKENING, TARA MISSEL, and
CHRISTOPHER HUGHES, individually,
and on behalf of all others similarly situated

Additional Counsel listed after Signature Line

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOAN WILKENING, TARA MISSEL, and CHRISTOPHER HUGHES, individually, and on behalf of all others similarly situated,**<br><br>**Plaintiffs**<br><br>v.<br><br>**GAGS AND GAMES, INC. doing business as HALLOWEEN CITY, a Michigan corporation,**<br><br>**Defendant.** | Case No. 2:11-CV-01802-JAM-DAD<br><br>**STIPULATION TO MODIFY BRIEFING SCHEDULE ON MOTION FOR CLASS CERTIFICATION; ORDER** |

## **STIPULATION**

Whereas, the Parties have engaged in two days of mediation with Judge Ronald Sabraw (Ret.) as mediator;

Whereas the Parties are continuing to engage in settlement discussions;

Whereas the Court has ordered that Plaintiffs' Motion for Class Certification be filed on or before June 13, 2012 and noticed for hearing on July 11, 2012 at 9:30 a.m.;

1

PDF created with pdfFactory trial version www.pdffactory.com

Whereas the Parties request that the schedule for Plaintiffs' Motion for Class Certification be continued to allow further settlement discussions;

Accordingly, the Parties agree as follows:

The schedule for the filing of Plaintiffs' Motion for Class Certification is extended by sixty days so that the Motion now shall be filed on or before August 15, 2012.

IT IS SO STIPULATED

DATED: May 29, 2012                    LAW OFFICES OF SOHNEN & KELLY
                                       LAW OFFICE OF MARY-ALICE COLEMAN


                                       By:    __/S/_____
                                              Harvey Sohnen
                                              Attorneys for Plaintiffs
                                              JOAN WILKENING, TARA MISSEL,
                                              and CHRISTOPHER HUGHES,
                                              individually, and on behalf of all others
                                              similarly situated


DATED: May 29, 2012                    FOX ROTHSCHILD LLP


                                       By:    __/S/_____
                                              Tyreen Torner
                                              Attorneys for Defendant
                                              GAGS AND GAMES, INC.


**Additional Counsel for Plaintiffs:**
**LAW OFFICE OF MARY-ALICE COLEMAN**
MARY-ALICE COLEMAN, SBN 98365
MICHAEL S. AHMAD, SBN 231228
1109 Kennedy Place, Suite #2
Davis, CA 95616
Telephone:  (916) 498-9131
Facsimile:  (916) 304-0880

PDF created with pdfFactory trial version www.pdffactory.com

## **ORDER**

Good cause appearing, the Court ORDERS that Plaintiffs' Motion for Class Certification shall be filed on or before August 15, 2012.

The Court further ORDERS that the July 11, 2012, hearing date on Plaintiffs' Motion for Class Certification is vacated and the new hearing date for said Motion is September 19, 2012 at 9:30 a.m.

DATED:  5/30/2012

/s/ John A. Mendez_____
John A. Mendez
United States District Court Judge

PDF created with pdfFactory trial version www.pdffactory.com