```
Harvey Sohnen (SBN 62850) netlaw@pacbell.net
Patricia M. Kelly (SBN 99837) patriciakelly@pacbell.net
Law Offices of Sohnen & Kelly
2 Theatre Square, Suite 230
Orinda, CA 94563
Tel:  (925) 258-9300
Fax: (925) 258-9315

Attorneys for Plaintiffs
JOAN WILKENING, TARA MISSEL, and
CHRISTOPHER HUGHES, individually,
and on behalf of all others similarly situated

Additional Counsel listed after Signature Line
```

FILED
JUL 23 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOAN WILKENING, TARA MISSEL, and CHRISTOPHER HUGHES, individually, and on behalf of all others similarly situated, <br><br> Plaintiffs <br><br> v. <br><br> GAGS AND GAMES, INC. doing business as HALLOWEEN CITY, a Michigan corporation, <br><br> Defendant. | Case No.  2:11-CV-01802-JAM-DAD <br><br> STIPULATION TO MODIFY BRIEFING SCHEDULE ON MOTION FOR CLASS CERTIFICATION; [PROPOSED] Order |

### STIPULATION

Whereas, the Parties have engaged in two days of mediation with Judge Ronald Sabraw (Ret.) as mediator;

Whereas the Court has ordered that Plaintiffs' Motion for Class Certification be filed on or before August 15, 2012 and noticed for hearing on September 19, 2012 at 9:30 a.m.;

Whereas the Parties request that the schedule for Plaintiffs' Motion for Class Certification be extended to allow discovery delayed due to settlement discussions and the mediations;

Accordingly, the Parties agree as follows:

The schedule for the filing of Plaintiffs' Motion for Class Certification is extended by approximately one and a half months so that the Motion now shall be filed on or before October 5, 2012;

There has been one prior extension of time on the briefing schedule from Plaintiffs' Motion for Class Certification to be filed on or before June 13, 2012 to August 15, 2012, and one prior continuance of the hearing date from July 11, 2012 to September 10, 2012, for Plaintiff's Motion for Class Certification.

IT IS SO STIPULATED

DATED: July 20, 2012

LAW OFFICES OF SOHNEN & KELLY
LAW OFFICE OF MARY-ALICE COLEMAN

By: _____
Harvey Sohnen
Attorneys for Plaintiffs
JOAN WILKENING, TARA MISSEL,
and CHRISTOPHER HUGHES,
individually, and on behalf of all others
similarly situated

DATED: July 20, 2012

FOX ROTHSCHILD LLP

By: _____
Tyreen Torner
Attorneys for Defendant
GAGS AND GAMES, INC.

Additional Counsel for Plaintiffs:
LAW OFFICE OF MARY-ALICE COLEMAN
MARY-ALICE COLEMAN, SBN 98365
MICHAEL S. AHMAD, SBN 231228
1109 Kennedy Place, Suite #2
Davis, CA 95616
Telephone: (916) 498-9131
Facsimile: (916) 304-0880

**ORDER**

Good cause appearing, the Court ORDERS that Plaintiffs' Motion for Class Certification shall be filed on or before October 5, 2012.

The Court further ORDERS that the September 19, 2012, hearing date on Plaintiffs' Motion for Class Certification is vacated and the new hearing date for said Motion is *December 5, 2012 at 9:30 a.m.*

DATED: *July 20, 2012*

John A. Mendez
United States District Judge