**LAW OFFICES OF SOHNEN & KELLY**
**HARVEY SOHNEN, SBN 62850**
**PATRICIA M. KELLY, SBN 99837**
2 Theatre Square, Suite 230
Orinda, CA 94563-3346
Telephone:  (925)258-9300
Facsimile:  (925) 258-9315

Attorneys for Plaintiffs **JOAN WILKENING**, **TARA MISSEL, CHRISTOPHER HUGHES**, and **SABRINA GRAHAM** individually, and on behalf of all others similarly situated

Additional Counsel listed after Signature Line

# UNITED STATES DISTRICT COURT

## Eastern District of California

## Sacramento Division

| | |
|---|---|
| JOAN WILKENING, TARA MISSEL, CHRISTOPHER HUGHES, and SABRINA GRAHAM individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GAGS AND GAMES, INC. doing business as HALLOWEEN CITY, a Michigan corporation,<br><br>Defendant. | CASE NO.:  2-11-CV-01802-JAM-DAD<br><br>**CLASS ACTION**<br><br>STIPULATION FOR FILING FIRST AMENDED COMPLAINT; ORDER |

Plaintiffs JOAN WILKENING, TARA MISSEL, and CHRISTOPHER HUGHES, and proposed additional Plaintiff SABRINA GRAHAM and Defendant GAGS AND GAMES, INC. doing business as HALLOWEEN CITY, a Michigan corporation, hereby stipulate as follows:

WHEREAS Plaintiffs JOAN WILKENING, TARA MISSEL, and CHRISTOPHER HUGHES filed this action individually, and on behalf of those similarly situated on July 8, 2011;

-1-
STIP. FOR FILING FIRST AMENDED COMPLAINT; ORDER    CASE NO.: 2-11-CV-01802-JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, the Plaintiffs listed in the initial Complaint, and proposed additional Plaintiff **Sabrina Graham** seek to file a proposed First Amended Complaint for Damages and Penalties, which is Exhibit A hereto;

WHEREAS, Defendant agrees to said filing;

WHEREAS, Defendant's entering into this stipulation is not to be deemed a concession that the proposed amendment is meritorious;

Accordingly, IT IS HEREBY STIPULATED by and between the parties that Plaintiffs shall have leave to file the proposed First Amended Complaint; and that Defendant shall file a responsive pleading within 15 days after the filing of the First Amended Complaint.

Date: August 6, 2012      LAW OFFICES OF SOHNEN & KELLY
                          LAW OFFICE OF MARY-ALICE COLEMAN

                          By:     /s/
                          HARVEY SOHNEN
                          Attorney for Plaintiffs JOAN WILKENING,
                          TARA MISSEL, CHRISTOPHER HUGHES,
                          and SABRINA GRAHAM  individually, and
                          on behalf of all others similarly situated

Date: August 1, 2012      FOX ROTHSCHILD LLP

                          By:     /s/
                          TYREEN TORNER
                          Attorneys for Defendant
                          GAGS AND GAMES, INC.

**Additional Counsel for Plaintiffs:**
**LAW OFFICE OF MARY-ALICE COLEMAN**
MARY-ALICE COLEMAN, SBN 98365
MICHAEL S. AHMAD, SBN 231228
1109 Kennedy Place, Suite #2
Davis, CA 95616
Telephone:  (916) 498-9131
Facsimile:  (916) 304-0880

PDF created with pdfFactory trial version www.pdffactory.com

ORDER

Good cause appearing therefor, the foregoing Stipulation is approved. Plaintiffs shall have leave to file the proposed First Amended Complaint for Damages and Penalties, Exhibit A to the foregoing Stipulation. Defendant shall file a responsive pleading within 15 days of the filing of said First Amended Complaint.

Dated:  8/6/2012   /s/ John A. Mendez
THE HONORABLE JOHN A.MENDEZ
UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com