**LAW OFFICES OF SOHNEN & KELLY**
**HARVEY SOHNEN, SBN 62850**
**PATRICIA M. KELLY, SBN 99837**
2 Theatre Square, Suite 230
Orinda, CA 94563-3346
Telephone: (925)258-9300
Facsimile: (925) 258-9315

Attorneys for Plaintiffs **JOAN WILKENING**, **TARA MISSEL, CHRISTOPHER HUGHES**, and **SABRINA GRAHAM** individually, and on behalf of all others similarly situated

Additional Counsel listed after Signature Line

# UNITED STATES DISTRICT COURT

## Eastern District of California

## Sacramento Division

| | |
|---|---|
| JOAN WILKENING, TARA MISSEL, CHRISTOPHER HUGHES, and SABRINA GRAHAM individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GAGS AND GAMES, INC. doing business as HALLOWEEN CITY, a Michigan corporation,<br><br>Defendant. | CASE NO.: 2-11-CV-01802-JAM-DAD<br><br>**<u>CLASS ACTION</u>**<br><br>STIPULATION FOR FILING FIRST AMENDED COMPLAINT; ORDER |

Plaintiffs JOAN WILKENING, TARA MISSEL, and CHRISTOPHER HUGHES, and proposed additional Plaintiff SABRINA GRAHAM and Defendant GAGS AND GAMES, INC. doing business as HALLOWEEN CITY, a Michigan corporation, hereby stipulate as follows:

WHEREAS Plaintiffs JOAN WILKENING, TARA MISSEL, and CHRISTOPHER HUGHES filed this action individually, and on behalf of those similarly situated on July 8, 2011;

PDF created with pdfFactory trial version www.pdffactory.com

WHEREAS, the Plaintiffs listed in the initial Complaint, and proposed additional Plaintiff **Sabrina Graham** seek to file a proposed First Amended Complaint for Damages and Penalties, which is Exhibit A hereto;

WHEREAS, Defendant agrees to said filing;

WHEREAS, Defendant's entering into this stipulation is not to be deemed a concession that the proposed amendment is meritorious;

Accordingly, IT IS HEREBY STIPULATED by and between the parties that Plaintiffs shall have leave to file the proposed First Amended Complaint; and that Defendant shall file a responsive pleading within 15 days after the filing of the First Amended Complaint.

Date: August 6, 2012                    LAW OFFICES OF SOHNEN & KELLY
                                        LAW OFFICE OF MARY-ALICE COLEMAN

                                        By:     /s/_____
                                                HARVEY SOHNEN
                                                Attorney for Plaintiffs JOAN WILKENING,
                                                TARA MISSEL, CHRISTOPHER HUGHES,
                                                and SABRINA GRAHAM individually, and
                                                on behalf of all others similarly situated

Date: August 1, 2012                    FOX ROTHSCHILD LLP

                                        By:     /s/_____
                                                TYREEN TORNER
                                                Attorneys for Defendant
                                                GAGS AND GAMES, INC.

**Additional Counsel for Plaintiffs:**
**LAW OFFICE OF MARY-ALICE COLEMAN**
MARY-ALICE COLEMAN, SBN 98365
MICHAEL S. AHMAD, SBN 231228
1109 Kennedy Place, Suite #2
Davis, CA 95616
Telephone: (916) 498-9131
Facsimile: (916) 304-0880

PDF created with pdfFactory trial version www.pdffactory.com

# ORDER

Good cause appearing therefor, the foregoing Stipulation is approved. Plaintiffs shall have leave to file the proposed First Amended Complaint for Damages and Penalties, Exhibit A to the foregoing Stipulation. Defendant shall file a responsive pleading within 15 days of the filing of said First Amended Complaint.

Dated:  8/6/2012                                         /s/ John A. Mendez
                                                                    THE HONORABLE JOHN A. MENDEZ
                                                                    UNITED STATES DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com