DAVID F. FAUSTMAN (State Bar No. 81862)
TYREEN TORNER (State Bar No. 249980)
FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104
Telephone:   (415) 364-5540
Facsimile:    (415) 391-4436
Email:          dfaustman@foxrothschild.com
                    ttorner@foxrothschild.com

Attorneys for Defendant
GAGS AND GAMES, INC.,
doing business as Halloween City

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| JOAN WILKENING, TARA MISSEL, CHRISTOPHER HUGHES, and SABRINA GRAHAM, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GAGS AND GAMES, INC. doing business as HALLOWEEN CITY, a Michigan corporation,<br><br>Defendant. | Case No. 2:11-CV-01802-JAM-DAD<br><br>**STIPULATED ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO CONDUCT THE DEPOSITIONS OF AND SUBPOENA DOCUMENTS FROM PUTATIVE CLASS MEMBER DECLARANTS** |

A motion by Defendant Gags and Games, Inc. for an order permitting Defendant to conduct the depositions of five putative class members who have submitted declarations in support of Plaintiffs' Motion for Class Certification, and to subpoena records from those same five individuals, came on for hearing before the court on October 26, 2012. Michael Ahmad Esq. appeared telephonically on behalf of plaintiffs. Kent Bradbury Esq. appeared telephonically on behalf of defendant.

/////

1

Stipulated [Proposed] Order Granting Defendant's Motion for an Order         CASE NO.: 2:11-cv-01802-JAM-DAD
Permitting Discovery on Putative Class Member Declarants

Having considered the arguments of the parties' respective counsel, all of the pleadings and papers filed herein, and pursuant to the parties' stipulation, the Court issues the following order:

**IT IS HEREBY ORDERED** that Defendant's motion (Doc. No. 28) is granted. Defendant may depose five absent putative class members who have submitted declarations in support of Plaintiffs' Motion for Class Certification and are former employees of Defendant. Each deposition shall not exceed three hours in duration and shall take place within 100 miles of the witnesses' homes. Each deposition shall be limited in scope to the matters discussed in the Motion for Class Certification and the witnesses' declarations. The parties shall meet and confer regarding which five absent putative class members shall be deposed, and if the parties are unable to reach agreement, the Court shall resolve any issues that remain.

**IT IS HEREBY FURTHER ORDERED** that Defendant may subpoena the following records from the same five absent putative class members. The parties shall meet and confer regarding any issues that arise between the parties and/or absent putative class member regarding the subpoena. If the parties and/or putative class member are unable to reach agreement, the Court shall resolve any issues that remain.

1. All documents evidencing any fees or charges you incurred through the use of a pay card issued to you by Gags and Games, Inc., doing business as Halloween City ("Halloween City"), with any confidential financial or personal information redacted.
2. All wage statements, whether paper or electronic, for the work you performed for Halloween City.
3. All documents evidencing your ability or inability to view your wage statements on Halloween City's computer(s).
4. All documents evidencing your ability or inability to print your wage statements on Halloween City's printer(s).
5. All documents evidencing your ability or inability to access your pay card account online.

6. All documents and communications you received from a Halloween City employee, manager or supervisor relating to on-call work.

7. All documents relating to how and when you became aware of the date of your last day of work for Halloween City in 2010.

8. All documents relating to how and when you became aware of the date of your last day of work for Halloween City in 2011.

9. All documents evidencing that you were not paid for all hours you worked for Halloween City.

10. All documents evidencing that any employee was not paid for all hours he or she worked for Halloween City.

11. If you ever resigned from your employment with Halloween City, all documents evidencing when you notified Halloween City of your resignation.

**IT IS SO ORDERED**.

Dated: October 26, 2012

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

STIPULATED AND AGREED TO BY:

DATED: October 19, 2012        **LAW OFFICE OF MARY-ALICE COLEMAN**
                               **LAW OFFICES OF SOHNEN AND KELLY**

                               By:   /s/ Michael Ahmad (authorized on Oct. 19, 2012)
                                     MICHAEL S. AHMAD
                                     Attorneys for Plaintiffs JOAN WILKENING,
                                     TARA MISSEL, CHRISTOPHER HUGHES,
                                     SABRINA GRAHAM, individually, and on behalf
                                     of all others similarly situated

DATED: October 19, 2012        **FOX ROTHSCHILD LLP**

                               By:   /s/ Tyreen Torner
                                     TYREEN TORNER
                                     Attorneys for Defendant
                                     GAGS AND GAMES, INC.

Ddad1\orders.civil\wilkening1802.stipdepos.doc

FOX ROTHSCHILD LLP
235 Pine Street, Suite 1500
San Francisco, CA 94104
Telephone: (415) 364-5540  Fax: (415) 391-4436