1  DAVID F. FAUSTMAN (State Bar No. 81862)
   TYREEN TORNER (State Bar No. 249980)
2  FOX ROTHSCHILD LLP
   235 Pine Street, Suite 1500
3  San Francisco, CA 94104
   Telephone:   (415) 364-5540
4  Facsimile:   (415) 391-4436
   Email:       dfaustman@foxrothschild.com
5               ttorner@foxrothschild.com

6  Attorneys for Defendant
   GAGS AND GAMES, INC.,
7  doing business as Halloween City

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JOAN WILKENING, TARA MISSEL, CHRISTOPHER HUGHES, and SABRINA GRAHAM, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GAGS AND GAMES, INC. doing business as HALLOWEEN CITY, a Michigan corporation,<br><br>Defendant. | Case No. 2:11-CV-01802-JAM-DAD<br><br>**STIPULATED ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION TO FEBRUARY 6, 2013**<br><br>Date:       February 6, 2013<br>Time:       9:30 a.m.<br>Judge:      Hon John A. Mendez<br>Courtroom:  6<br><br>Complaint Filed: July 8, 2011<br>FAC Filed:       August 6, 2012 |

---

Stipulated [Proposed] Order Continuing Hearing on Plaintiffs' Motion   Case No.: 2:11-cv-01802-JAM-DAD
for Class Certification to February 6, 2013
SF1 123992v1 12/03/12

**STIPULATION**

Whereas, Plaintiffs' Motion for Class Certification is currently set for hearing on December 5, 2012, at 9:30 a.m.;

Whereas, the Parties wish to engage in further settlement discussions prior to a ruling on the Motion for Class Certification;

Accordingly, the Parties agree as follows:

Plaintiffs' Motion for Class Certification shall be heard on February 6, 2013 at 9:30 a.m.

The parties agree to a "standstill" agreement whereby no further discovery will be propounded or conducted during the standstill period and no further pleadings will be submitted to the court with regard to the class certification motion during the standstill period. The standstill period will continue until the new hearing date on class certification.

IT IS SO STIPULATED.

DATED: December 3, 2012        LAW OFFICES OF SOHNEN & KELLY
                               LAW OFFICE OF MARY-ALICE COLEMAN

                               By:  /s/ Harvey Sohnen  (as authorized on 12/3/12)
                                    Harvey Sohnen
                                    Attorneys for Plaintiffs
                                    JOAN WILKENING, TARA MISSEL,
                                    CHRISTOPHER HUGHES, and SABRINA
                                    GRAHAM, individually, and on behalf of all
                                    others similarly situated

DATED: December 3, 2012        FOX ROTHSCHILD LLP

                               By:  /s/ Tyreen Torner
                                    Tyreen Torner
                                    Attorneys for Defendant
                                    GAGS AND GAMES, INC.

**Additional Counsel for Plaintiffs:**
**LAW OFFICE OF MARY-ALICE COLEMAN**
MARY-ALICE COLEMAN, SBN 98365
MICHAEL S. AHMAD, SBN 231228
1109 Kennedy Place, Suite #2
Davis, CA 95616
Telephone: (916) 498-9131
Facsimile: (916) 304-0880

1

Stipulated [Proposed] Order Continuing Hearing on Plaintiffs'         Case No.:  2:11-cv-01802-JAM-DAD
Motion for Class Certification to February 6, 2013
SF1 123902v1 12/03/12

1 **<u>ORDER</u>**

2   Good cause appearing, the Court ORDERS that the December 5, 2012 hearing on

3 Plaintiffs' Motion for Class Certification is vacated, and said Motion shall now be heard on

4 February 6, 2013, at 9:30 a.m.

6 DATED: December 3, 2012         /s/ John A. Mendez_____
                                  John A. Mendez
7                                 United States District Court Judge

2

Stipulated [Proposed] Order Continuing Hearing on Plaintiffs'      Case No.:  2:11-cv-01802-JAM-DAD
Motion for Class Certification to February 6, 2013