**LAW OFFICE OF MARY-ALICE COLEMAN**
**MARY-ALICE COLEMAN, SBN 98365**
**MICHAEL S. AHMAD, SBN 231228**
1109 Kennedy Place, Suite #2
Davis, CA 95616
Telephone: (916) 498-9131
Facsimile: (916) 304-0880

**LAW OFFICES OF SOHNEN & KELLY**
**HARVEY SOHNEN, SBN 62850**
**PATRICIA KELLY, SBN 99837**
2 Theatre Square, Suite 230
Orinda, CA 94563-3346
Telephone: (925)258-9300
Facsimile: (925) 258-9315

Attorneys for Plaintiffs **JOAN WILKENING**, **TARA MISSEL**, **CHRISTOPHER HUGHES**, and **SABRINA GRAHAM** individually, and on behalf of all others similarly situated

**DAVID F. FAUSTMAN (State Bar No. 81862)**
**TYREEN TORNER (State Bar No. 249980)**
**FOX ROTHSCHILD LLP**
235 Pine Street, Suite 1500
San Francisco, CA 94104
Telephone:   (415) 364-5540
Facsimile:   (415) 391-4436
Email:       dfaustman@foxrothschild.com
             ttorner@foxrothschild.com

Attorneys for Defendant
**GAGS AND GAMES, INC.**,
doing business as Halloween City

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| JOAN WILKENING, TARA MISSEL, CHRISTOPHER HUGHES, and SABRINA GRAHAM, individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GAGS AND GAMES, INC. doing business as HALLOWEEN CITY, a Michigan corporation,<br><br>Defendant. | Case No. 2:11-CV-01802-JAM-DAD<br><br>**CLASS ACTION**<br><br>**STIPULATED [PROPOSED] ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND DEADLINE TO FILE MOTION**<br><br>Date: August 21, 2013<br>Time: 9:30 a.m.<br>Judge: Hon John A. Mendez<br>Courtroom: 6<br>Complaint Filed:  July 8, 2011<br>FAC Filed:        August 6, 2012 |

# **STIPULATION**

Whereas, Plaintiffs' Motion for Final Approval of Class Action Settlement is currently set for hearing on August 7, 2013, at 9:30 a.m.;

Whereas, the Parties have determined that it is appropriate to do extensive telephone reminders to the class members that have not yet submitted response forms, and have extended the due dates for response forms so that they are to be postmarked by July 26, 2013, rather than July 19, 2013.

Accordingly, the Parties agree as follows:

Plaintiffs' Motion for Final Approval of Class Action Settlement shall be heard on August 21, 2013, at 9:30 a.m.

The due date for filing of Plaintiff's Motion for Final Approval is changed from July 24, 2013, to August 7, 2013.

IT IS SO STIPULATED.

DATED: July 17, 2013  LAW OFFICES OF SOHNEN & KELLY
  LAW OFFICE OF MARY-ALICE COLEMAN
  By:  /s/         Harvey Sohnen
     Harvey Sohnen
     Attorneys for Plaintiffs
     JOAN WILKENING, TARA MISSEL,
     CHRISTOPHER HUGHES, and
     SABRINA GRAHAM, individually, and
     on behalf of all others similarly situated

DATED: July 17, 2013  FOX ROTHSCHILD LLP
  By:  /s/         Tyreen Torner
     Tyreen Torner
     Attorneys for Defendant
     GAGS AND GAMES, INC.

1

Stipulated [Proposed] Order Continuing Hearing on Plaintiffs'  Case No.: 2:11-cv-01802-JAM-DAD
Motion for Final Approval of Class Action Settlement and Deadline
to Submit Claim Forms

## **ORDER**

Good cause appearing, the Court ORDERS that the August 7, 2013, hearing on Plaintiffs' Motion for Final Approval of Class Action Settlement is vacated, and said Motion shall now be heard on August 21, 2013, at 9:30 a.m.

Good cause appearing, the Court ORDERS that the due date on Plaintiff's Motion for Final Approval of Class Action Settlement shall be August 7, 2013.

DATED:   July 17, 2013         /s/ John A. Mendez_____
                               John A. Mendez
                               United States District Court Judge

2

Stipulated [Proposed] Order Continuing Hearing on Plaintiffs'          Case No.: 2:11-cv-01802-JAM-DAD
Motion for Final Approval of Class Action Settlement and Deadline
to Submit Claim Forms