**LAW OFFICE OF MARY-ALICE COLEMAN**
**MARY-ALICE COLEMAN, SBN 98365**
**MICHAEL S. AHMAD, SBN 231228**
1109 Kennedy Place, Suite #2
Davis, CA 95616
Telephone:  (916) 498-9131
Facsimile:  (916) 304-0880

**LAW OFFICES OF SOHNEN & KELLY**
**HARVEY SOHNEN, SBN 62850**
**PATRICIA KELLY, SBN 99837**
2 Theatre Square, Suite 230
Orinda, CA 94563-3346
Telephone:  (925)258-9300
Facsimile:  (925) 258-9315

Attorneys for Plaintiffs **JOAN WILKENING**, **TARA MISSEL**, **CHRISTOPHER HUGHES**, **and SABRINA GRAHAM**, individually, and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

## Eastern District of California

### Sacramento Division

| | |
|---|---|
| JOAN WILKENING, TARA MISSEL, CHRISTOPHER HUGHES, and SABRINA GRAHAM individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GAGS AND GAMES, INC. doing business as HALLOWEEN CITY, a Michigan corporation,<br><br>Defendant. | **CASE NO.:  2:11-cv-01802-JAM-DAD**<br><br>**ORDER GRANTING AWARD OF ATTORNEYS' FEES AND COSTS**<br><br>**Date:  August 21, 2013**<br>**Time: 9:30 a.m.**<br>**Judge: Hon. John A. Mendez**<br>**Courtroom: 6**<br>**Action Filed: July 8, 2011** |

    This matter comes before the Court on the Plaintiffs' Motion for Attorneys' Fees and Costs was heard by the Court on August 21, 2013, at 9:30 a.m., in Courtroom Six, of the United

States District Court, Eastern District of California, Sacramento Division, before the Honorable John A. Mendez, pursuant to the noticed Motion for Award of Attorneys' Fees and Costs. The proposed settlement in this case was preliminarily approved by this Court on May 16, 2013 (Docket No. 50). Pursuant to the Court's Preliminary Approval Order and the Notice provided to the Class, the Court conducted a fairness hearing under Fed.R.CIv.P. 23(e) on August 21, 2013. The Court has reviewed the materials submitted by the parties, as well as the comments and materials received from parties interested in the Settlement and has heard arguments presented at such hearing. For the reasons cited on the record as well as those stated hereafter, the Court finds and orders as follows:

1. The Court finds that notice of the requested award of attorneys' fees and reimbursement of costs and expenses was directed to Class Members in a reasonable manner, and complied with Rule 23(h)(1) of the Federal Rules of Civil Procedure. Class Members and any party from whom payment is sought have been given the opportunity to object pursuant to Rule 23(h)(2) of the Federal Rules of Civil Procedure, and no Class Member has objected to the requested fees or expenses.

2. Class Counsel, having conferred a benefit on absent Class Members and having expended efforts to secure a benefit to the Class, is entitled to a fee and accordingly, the Court approves the application of Class Counsel, 1) Law Offices of Sohnen & Kelly; and 2) Law Office of Mary-Alice Coleman in the total amount of $420,000.00, or 30 per cent of the cash portion of the common fund, for their attorneys' fees and $23,641.76 for their litigation expenses.

3. The Court further approves and directs Simpluris, Inc., the appointed Claims Administrator, within ten (10) calendar days of the Final Effective Date, (as that term is defined in the Settlement Agreement, ¶1.i), to disburse to the Law Offices of Sohnen & Kelly and Law

Office of Mary-Alice Coleman, jointly, the sums set forth above.

IT IS SO ORDERED.

Dated: August 21, 2013

                                            /s/ John A. Mendez
                                            Hon. John A. Mendez
                                            Judge, U.S. District Court

Approved as to form:

                                            FOX ROTHSCHILD LLP

Date: August 12, 2013                 /s/Tyreen Torner
                                            DAVID F. FAUSTMAN
                                            TYREEN TORNER
                                            Attorneys for Defendant
                                            GAGS & GAMES, INC.