**LAW OFFICE OF MARY-ALICE COLEMAN**
**MARY-ALICE COLEMAN, SBN 98365**
**MICHAEL S. AHMAD, SBN 231228**
1109 Kennedy Place, Suite #2
Davis, CA 95616
Telephone: (916) 498-9131
Facsimile: (916) 304-0880

**LAW OFFICES OF SOHNEN & KELLY**
**HARVEY SOHNEN, SBN 62850**
**PATRICIA KELLY, SBN 99837**
2 Theatre Square, Suite 230
Orinda, CA 94563-3346
Telephone: (925)258-9300
Facsimile: (925) 258-9315

Attorneys for Plaintiffs **JOAN WILKENING**, **TARA MISSEL**, **CHRISTOPHER HUGHES**, **and SABRINA GRAHAM**, individually, and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

## Eastern District of California

### Sacramento Division

| | |
|---|---|
| JOAN WILKENING, TARA MISSEL, CHRISTOPHER HUGHES, and SABRINA GRAHAM individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GAGS AND GAMES, INC. doing business as HALLOWEEN CITY, a Michigan corporation,<br><br>Defendant. | CASE NO.: 2:11-cv-01802-JAM-DAD<br><br>**ORDER GRANTING FINAL APPROVAL OF CLASS ACTION SETTLEMENT; CLASS REPRESENTATIVES' ENHANCEMENTS; AND ADMINISTRATION COSTS**<br><br>Date: August 21, 2013<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez<br>Courtroom: 6<br>Action Filed: July 8, 2011 |

This matter was heard by the Court on August 21, 2013, at 9:30 a.m., in Courtroom Six, of United States District Court, Eastern District of California, before the Honorable John A.

---

1

1  Mendez, pursuant to the noticed Motion for Final Approval of Class Action Settlement; Class
2  Representatives' Enhancements; and Administration Costs
3        The Court, having considered the documents filed by the Parties in connection with the
4  class action settlement, any arguments of counsel, as well as the comments and materials
5  received from Parties interested in the Settlement, finds as follows: the Motion for Final
6  Approval of Class Action Settlement, pursuant to Federal Rules of Civil Procedure, Rule 23, the
7  Joint Stipulation of Settlement and Release of Claims ("Settlement Agreement," a true and
8  correct copy of which is Docket No. 40-1), the Motion for Preliminary Approval of Class Action
9  Settlement, and this Court's Order Granting Preliminary Approval of Class Action Settlement
10 filed May 16, 2013, Docket Number 50 , the Court grants final approval of the Settlement and
11 HEREBY ORDERS AND MAKES THE FOLLOWING DETERMINATIONS:
12        1.    Pursuant to this Court's Order filed May 16, 2013, Docket No. 50, the Notice of
13 Class Action Settlement ("Notice") and Response Form (collectively "Notice Packet") were
14 mailed to each Class Member,  by first-class mail,  on June 19, 2013 for 2760 class members and
15 on July 12, 2013 for 25 class members. The Notice advised the Class of the pertinent terms of the
16 proposed settlement, namely, the claims to be resolved by way of the settlement, the Total
17 Settlement Amount, the preliminary estimate of each Settlement Class Members' distribution
18 and the basis upon which the Class Members' share was calculated,  the proposed deduction for
19 attorneys' fees, litigation costs, Class representative enhancement payments, claims
20 administration expenses, and the payment to the State of California's Labor Workforce and
21 Development Agency.  It further informed the Class of the manner in which to submit a claim,
22 request exclusion, or to object to the settlement and the deadlines for each, and their right to
23 appear in person or by counsel at the final approval hearing.  Adequate periods of time were
24 provided by each of these procedures.  As a part of this notice process, only three members of the
25 Class have opted-out from the Settlement Class, no Class Member has submitted a written
26 objection, and no member of the Class has stated an intention to appear at the final approval
27 hearing.
28

2. The Court finds and determines that this notice procedure afforded adequate protections to Class Members and provides the basis for the Court to make an informed decision regarding approval of the Settlement based on the responses of Class Members. The Court finds and determines that the notice provided in this case was the best notice practicable, which satisfied the requirements of law and due process.

3. The Court further finds and determines that the terms of the Settlement are fair, reasonable and adequate to the Class and to each Class Member, that the Settlement is ordered finally approved, and that all terms and provisions of the Settlement should be and hereby are ordered to be consummated.

4. The Court finds and determines that the Settlement payments to be paid to the participating Claimants (those not requesting exclusion) as provided for by the Settlement are fair and reasonable. The Court hereby gives final approval to and orders the payment of those amounts be made to the participating Claimants in accordance with the terms of the Settlement.

5. The Court finds and determines that the $15,000 amount to be paid to the Labor Workforce and Development Agency as provided for by the Settlement is fair and reasonable. The Court hereby gives final approval to and orders said payment to the Labor Workforce and Development Agency in accordance with the terms of the Settlement.

6. Without affecting the finality of this order in any way, the Court retains jurisdiction of all matters relating to the interpretation, administration, implementation, effectuation and enforcement of this order and the Settlement.

7. Nothing in this order shall preclude any action to enforce the Parties' obligations under the Settlement or under this Order, including the requirement that Plaintiffs make payments to the participating Claimants in accordance with the Settlement.

8. The Parties are hereby ordered to comply with and carry out the terms of the Settlement.

9. Solely for purposes of effectuating this Settlement, this Court has certified a class of all Members of the Settlement Class, as that term is defined in and by the terms of the

1 Settlement Agreement, excluding Jonathan Crivelli, Donna Mark and Gregory Kacou, who have
2 submitted valid and timely requests to be excluded from the Settlement.

3     10.    With respect to the Settlement Class and for purposes of approving this settlement
4 only, this Court finds and concludes that: (a) the Members of the Settlement Class are
5 ascertainable and so numerous that joinder of all members is impracticable; (b) there are
6 questions of law or fact common to the Settlement Class, and there is a well-defined community
7 of interest among Members of the Settlement Class with respect to the subject matter of the
8 Litigation; (c) the claims of Class Representatives Joan Wilkening, Tara Missel, Christopher
9 Hughes, and Sabrina Graham are typical of the claims of the members of the Class; (d) each
10 Class Representative has fairly and adequately protected the interests of the members of the
11 Class; (e) a class action is superior to other available methods for an efficient adjudication of this
12 controversy; and (f) the counsel of record for the Class Representatives, *i.e.*, Class Counsel, are
13 qualified to serve as counsel for Plaintiffs in their individual and representative capacities and for
14 the Class.

15     11. Every person in the Class who did not submit a valid and timely request for exclusion
16 is a Class Member and shall be bound by the Settlement and the separately filed Final Judgment
17 and Dismissal.

18     12.    The Court approves a payment to the following four Class Representatives in the
19 amount of $5,000.00 each: Joan Wilkening, Tara Missel, Christopher Hughes, and Sabrina
20 Graham, as an enhancement for the initiation of this action, work performed, stigma, and risks
21 undertaken, as more fully set forth in the moving papers and Class Representative Declarations.
22 These amounts are separate and apart from any other recovery to which these Class
23 Representatives might be entitled to under other provisions of the Settlement Agreement.

24     13.    The Court further approves a payment to the California Labor Workforce and
25 Development Agency ("LWDA") of $15,000.00 for civil penalties in accordance with the terms
26 of the settlement.

27     14.    The Court further approves payment of the fees and costs of the appointed claims
28

4
[Proposed] Order Granting Final Approval     Case No.: 2:11-cv-01802-JAM-DAD

administrator, Simpluris, Inc., of $33,500.00 for services rendered and to be rendered in connection with the completion of its duties pursuant to the settlement.

15. Any separate appeal from the portion of the Judgment regarding the class representative enhancement payment awards, payment to Simpluris, or payment to the LWDA shall not operate to terminate or cancel the Settlement Agreement.

16. The Court directs Defendant to deliver the Total Settlement Amount of $1.400.000.00 to the Claims Administrator pursuant to the terms of the settlement, no later than ten days after the entry of this Final Approval Order;

17. The Court further approves and directs Simpluris, Inc., the appointed Claims Administrator, within ten (10) days of the funding of the Settlement amount, to disburse to those persons and entities referenced below, in the manner set forth, the following sums:

18. The Court further approves and directs Simpluris, Inc., the appointed Claims Administrator, within ten (10) days of the funding of the Settlement amount, to disburse to those persons and entities referenced below, by check or wire transfer, the following sums:

   A. Participating Claimants, by check, his/her individual Settlement Payment as calculated by the Claims Administrator;

   b. Class Representatives, the sums of $5,000.00 each to Joan Wilkening, Tara Missel, Christopher Hughes, and Sabrina Graham, in addition to any Settlement distribution to which he/she is entitled;

   B. State of California Labor and Workforce Development Agency ("LWDA"), the sum of $15,000.00 by check to the LWDA; and

   C. Simpluris, Inc., the sum of $33,500.00.

19. The Court retains jurisdiction over the administration and effectuation of the Settlement including, but not limited to, the ultimate disbursal to the participating Claimants, payment of attorneys' fees and costs, the enhancement payment awards to the Class Representatives, payment to the State of California Labor Workforce & Development Agency, and the claims administration expenses and other issues related to this Settlement.

1  IT IS SO ORDERED.

2  Dated:   August 21, 2013

3  /s/ John A. Mendez_____
   Hon. John A. Mendez
4  Judge, U.S. District Court

5

6  Approved as to form:

   FOX ROTHSCHILD LLP
7

8  Date:  August 12, 2013    /s/Tyreen Torner_____
   DAVID F. FAUSTMAN
9  TYREEN TORNER
   Attorneys for Defendant
10 GAGS & GAMES, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28