**LAW OFFICE OF MARY-ALICE COLEMAN**
**MARY-ALICE COLEMAN, SBN 98365**
**MICHAEL S. AHMAD, SBN 231228**
1109 Kennedy Place, Suite #2
Davis, CA 95616
Telephone:  (916) 498-9131
Facsimile:  (916) 304-0880

**LAW OFFICES OF SOHNEN & KELLY**
**HARVEY SOHNEN, SBN 62850**
**PATRICIA KELLY, SBN 99837**
2 Theatre Square, Suite 230
Orinda, CA 94563-3346
Telephone:  (925)258-9300
Facsimile:  (925) 258-9315

Attorneys for Plaintiffs **JOAN WILKENING**, **TARA MISSEL**, **CHRISTOPHER HUGHES**, **and SABRINA GRAHAM**, individually, and on behalf of all others similarly situated

# UNITED STATES DISTRICT COURT

## Eastern District of California

### Sacramento Division

| | |
|---|---|
| JOAN WILKENING, TARA MISSEL, CHRISTOPHER HUGHES, and SABRINA GRAHAM individually, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GAGS AND GAMES, INC. doing business as HALLOWEEN CITY, a Michigan corporation,<br><br>Defendant. | CASE NO.:  2:11-cv-01802-JAM-DAD<br><br>**ORDER GRANTING FINAL JUDGMENT**<br><br>Date:  August 21, 2013<br>Time: 9:30 a.m.<br>Judge: Hon. John A. Mendez<br>Courtroom: 6<br>Action Filed: July 8, 2011 |

This matter was heard by the Court on August 21, 2013, at 9:30 a.m., in Courtroom Six, of United States District Court, Eastern District of California, before the Honorable John A.

1  Mendez, pursuant to the noticed Motion for Final Approval of Class Action Settlement; Class
2  Representatives' Enhancements; and Administration Costs and the Motion for Award of
3  Attorneys' Fees and Costs.

4      The Court, having considered the documents filed by the Parties in connection with the
5  class action settlement, the oral arguments of counsel, as well as the comments and materials
6  received from Parties interested in the Settlement, finds as follows: the Motion for Final
7  Approval of Class Action Settlement, pursuant to Federal Rules of Civil Procedure 23, the Joint
8  Stipulation of Settlement and Release of Claims ("Settlement Agreement"), a true and correct
9  copy of which was filed on March 29, 2013, Docket 40-1, the Motion for Preliminary Approval
10 of Class Action Settlement, and this Court's Order Granting Preliminary Approval of Class
11 Action Settlement filed May 16, 2013, Docket Number 50, the Court grants final approval of the
12 Settlement and HEREBY ORDERS AND MAKES THE FOLLOWING DETERMINATIONS:

13     This matter came on for hearing on August 21, 2013, at 9:30 a.m., in Courtroom Six, of
14 United States District Court, Eastern District of California, before the Honorable John A.
15 Mendez, pursuant to the Joint Stipulation of Settlement and Release of Claims ("Settlement
16 Agreement) and this Court's Order Granting Preliminary Approval of Class Action Settlement
17 filed May 16, 2013, Docket Number 50.

18     Having received and considered the Settlement, the supporting papers filed by the Parties,
19 and the evidence and argument received by the Court in conjunction with the Motion for
20 Preliminary Approval of Class Action Settlement, and the instant motion, the Court grants final
21 approval of the Settlement and HEREBY ORDERS AS FOLLOWS:

22     1.    The Court hereby enters final judgment in this case in accordance with the terms
23 of the Settlement Agreement, the Order Granting Preliminary Approval, and this Order Granting
24 Final Judgment, subject to the Court's normal retention of jurisdiction to oversee the settlement

25     2.    Neither this Final Judgment nor the Settlement shall constitute an admission by
26 Defendants of any liability or wrongdoing whatsoever, nor is this Final Judgment a finding of the
27 validity or invalidity of any claims in the action or a finding of wrongdoing by Defendant herein.
28

3. The Court dismisses all claims in this action with prejudice, with each Party bearing its own attorneys' fees and costs, except as provided in the Joint Stipulation of Settlement and Release of Claims ("Settlement Agreement) and the Court's Order Granting Final Approval of Class Action Settlement.

4. Plaintiffs take nothing from the Complaint, except as stated in the Joint Stipulation of Settlement and Release of Claims filed on March 29, 2013, Docket 40-1.

Dated:   August 21, 2013

/s/ John A. Mendez_____
Hon. John A. Mendez
Judge, U.S. District Court

Approved as to form:

FOX ROTHSCHILD LLP

Date:  August  12, 2013

/s/Tyreen Torner_____
DAVID F. FAUSTMAN
TYREEN TORNER
Attorneys for Defendant
GAGS & GAMES, INC.